IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Tony Broach #136351          *
Plantiff                     *

        VS                   *     CASE NO. 2:07-CV-109-mef

Richard Allen, ET.al.,       *
                             *

**MOTION OF CLARIFICATION**

Re: Money Deducted


    Come now Plaintiff, Tony Broach humbly request a Court Order Directed To Ms. Valeria Spates, Fountain Correctional Facilety informing the business office that due to the above style cause of action being "Dismissed Prior To Service of Process", that plaintiff is not obligated to pay any form of Court Cost.

    However, the business office have deducted the sum of $18.25, from the plaintiff account. The plaintiff is requesting to be re-imburse for the total sum ($18.25), that was removed from his prison account. Thank you in advance!

November 28, 2007

                                      Respectfully Submitted,

                                      *Tony Broach*
                                      Tony Broach#136351
                                      Fountain 3800, Dorm H-46A
                                      Atmore, A136503

Case 2:07-cv-00109-MEF-TFM    Document 12    Filed 11/30/2007    Page 2 of 2



MR. TONY ROACH
#136351  H-1-46A
FOUNTAIN CORR. FAC. 3800
ATMORE, AL. 36503



C/O CLERK OFFICE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-711

LEGAL

36101+0711