IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CURTIS BROACH, #136351, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-109-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 30, 2007, the plaintiff filed a motion for clarification in which he challenges his obligation to pay the $350.00 filing fee due upon his initiation of this case. Under the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who brings a civil action is required to pay the $350.00 filing fee applicable to the filing of a civil action in this court even if he is granted leave to proceed *in forma pauperis*. Specifically, this section directs that the court must "assess and, when funds exist, collect" the $350.00 filing fee from all monies available or which become available to the indigent plaintiff. Moreover, this filing fee is owed by the plaintiff and subject to collection regardless of the summary dismissal of the case. *See* 28 U.S.C. 1915(e)(2). The court previously "advised [the plaintiff] that if this case is dismissed for any reason he remains obligated to pay the $350.00 filing fee. The filing fee will be collected from any funds which become available to the plaintiff and will be forwarded to this court by those persons having custody of the plaintiff...." In light

of the foregoing, it is

    ORDERED that:

    1. This motion be and is hereby GRANTED to the extent the plaintiff seeks clarification of his obligation to render payment of the filing fee upon summary dismissal of his case.

    2. This motion be and is hereby DENIED to the extent the plaintiff requests that this court order correctional officials to reimburse him for funds deducted from his inmate account for purposes of payment of the requisite filing fee.

    Done this 3rd day of December, 2007.

                                      /s/ Terry F. Moorer
                                    TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE