```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001440
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
-----------------------------------
PLRA CIVIL FILING FEE
 For: TONY CURTIS BROACH
 Case/Party: D-ALM-2-07-CV-000109-001
 Amount:        $18.25
-----------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CTR
 Check/Money Order Num: 31674
 Amt Tendered:  $18.25
-----------------------------------
Total Due:      $18.25
Total Tendered: $18.25
Change Amt:     $0.00

DALM207CV000109-M

FOUNTAIN CORRECTIONAL CTR

FOR TONY CURTIS BROACH

FOUNTAIN 3800
ATMORE, AL
```