```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005964
Cashier ID: khaynes
Transaction Date: 08/01/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
-----------------------------------------
PLRA CIVIL FILING FEE
 For: TONY C BROACH
 Case/Party: D-ALM-2-07-CV-000109-001
 Amount:         $30.00
-----------------------------------------
CHECK
 Check/Money Order Num: 1108
 Amt Tendered:   $30.00
-----------------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00
```