```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006295
Cashier ID: khaynes
Transaction Date: 09/02/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
--------------------------------------
PLRA CIVIL FILING FEE
 For: TONY C BROACH
 Case/Party: D-ALM-2-07-CV-000109-001
 Amount:         $16.00
--------------------------------------
CHECK
 Check/Money Order Num: 1232
 Amt Tendered: $16.00
--------------------------------------
Total Due:      $16.00
Total Tendered: $16.00
Change Amt:     $0.00
```